UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**RAMAGAVRI R. RAWAL, M.D.,**

    **Plaintiff,**

v.                              Case No:    6:15-cv-283-Orl-41-GJK

**STATE OF FLORIDA,**
**DEPARTMENT OF HEALTH,**

    **Defendant.**
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff, Ramagavri R. Rawal, M.D., and Defendant, State of Florida, Department of Health, by and through undersigned counsel, pursuant to Federal Rule of Civil Procedure 41, hereby stipulate to the dismissal of this case in its entirety with prejudice, and each party will be responsible for their own attorney's fees and costs.

Dated this 25th day of January, 2016.

/s/ Adrienne E. Trent\_\_\_\_\_
Adrienne E. Trent, Esquire
Attorney for Plaintiff
Florida Bar No. 0060119
Adrienne E. Trent, P.A.
836 Executive Lane, Suite 120
Rockledge, Florida 32955
Phone: (321) 610-2123
Direct: (321) 610-2122
Fax: (321) 504-1182
attorneytrent@cfl.rr.com

/s/ Richard V. Blystone\_\_\_\_
Richard Blystone, Esquire
Attorney for Defendant
Florida Bar No. 17207
Garganese, Weiss & D'Agresta, P.A.
111 N. Orange Avenue, Suite 2000
Orlando, Florida 32801
Phone (409) 425-9566
Fax: (407) 425-9596
rblystone@orlandolaw.net